87,839-01

*Court No. 2*

TO:         **Tim Curry Criminal Justice Center**
                 **Tarrant County District Clerk's Office**
                 **401 West Belknap Street**
                 **Fort Worth, Texas 76196**

FROM:       **Eric V. Mitchel**
                 **2123 Windcastle Drive.**
                 **Mansfield, Texas 76063**

RE:           **Cause No. 1387867-1**

DATE:       **November 13, 2017**

**Dear Clerk:**

**Enclosed please find Petitioner's Inquest Order (attachments-8) please file this with the 2nd District Court Judge and bring this o his/her attention.**

**Please file this in your usual manner, and allow me to know of any ruling upon this inquest at my address listed above.**

**Thank you for your assistance in this manner.**

**Sincerely,**

*Eric V. Mitchel-UCC-1-308 Without Prejudice*
**Eric V. Mitchel**
**UCC-1-308 Without Prejudice**

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 2 0 2017

Deana Williamson, Clerk

1

CAUSE NO 1387867-1

| | | |
|---|---|---|
| ERIC V. MITCHEL, PETIONER | § | IN THE 2nd DISTRICT |
| | § | |
| | § | |
| VS | § | COURT OF |
| | § | |
| STATE OF TEXAS | § | TARRANT COUNTY TEXAS |

**PETITIONER MOTION REQUESTING THE COURT TO COMPEL THE DISTRICT CLERK TO COMPLY WITH PETITIONER'S REQUEST FOR DOCUMENTS.**

**TO THE HONORABLE JUDGE WAYNE SALVANT OF SAID COURT:**

Now comes Eric V. Mitchel, Petitioner pursuant to Texas Code of Criminal Procedure presenting his motion request to the court for Inquiry pursuant to Government Code §552.028(b) does not prohibit a governmental body from disclosing to an individual described by subsection [a] [1] or that individual's agent. In this section [c] correctional facility means: [1] a secure correctional facility, as defined by section 1.07, penal code, [2] a secure correctional facility and a secure detention facility as defined by section 51.02 family code; and [3] a place designated by the law of this state, another state, or the federal government for the confinement of a person arrested for, charged with, or convicted of a criminal offense.

The requested documents are essential to the litigation of Petitioner's constitutional claims and the preservation of his constitutional rights under the Amendments to the Constitutional of the United States of America. Further, Petitioner is entitled to the requested documents under Texas Public Information Act. Michael Morton Act, Access to Court and the Interest of Justice. In support of his motion and for good cause, Petitioner will show the court as follows: [1]

*I*

On November 13, 2017, Petitioner sent a "Letter of Inquiry" to the District Attorney's office for Tarrant County Texas, requesting certified copies of any contract (s) upon which the state rely in the presumption that the Petitioner ever waived his unalienable rights and agreed with Full Disclosure and knowledge that Petitioner ever agreed to be treated as a colorable person under military rule. Certified copies of the instrument(s) upon which the state rely in STATE OF TEXAS prosecution of Petitioner. (See Attachment)

*II*

The District Attorney responded on August 25, 2017 in a short memo. "In response to your request, please be advised that the TEXAS PUBLIC INFORMATION ACT does not require a governmental body (i.e. Tarrant county Criminal district Attorney's office) to comply with a request for information form:"
- An individual who is imprisoned or confined in a correctional facility: or,
- An agent of that individual, other than the individual's attorney – when the attorney is seeking information that is subject to disclosure under Chapter 552 of the TEAS GOVERNMENT CODE, SEE TEX.GOVT. CODE § 552.028(A) (VERNON 2016) OF THE ACT. (See attachment)

*III*

Established the fact that Petitioner is incarcerated at the O. L. Luther Unit (T.D.C.J.) and this violation of the 4th and 14th Amendment of the Constitution of the United States. Petitioner has never been provided with the certified copy of the instruments upon which the state rely in STATE OF TEXAS prosecution of the Petitioner.

*IV*

WHEREFORE PREMISES CONSIDERED, PETITIONER prays that this court consider this motion for inquiry and upon the facts listed therein grant him the documents that are needed.

2

## CERTIFICATE OF SERVICE

I hereby certified that on November 13, 2017, that a true copy of the foregoing Motion for Inquiry was mailed out postage prepaid first class addressed to:

Tarrant County District Clerk's Office
401 West Belknap Street
Fort Worth, Texas 76196

_Eric V. Mitchel -UCC-1-308 Without Prejudice_
Eric V. Mitchel – Petitioner
UCC-1-308 Without Prejudice.

3

- Rodriques v. Ray Donavan (U.S. Department of Labor) 769 f. 2s 1344, 1348 (1985) "All codes, rules and regulations are for government authorities only, not human/creators in accordance with God's laws. All codes, rules and regulations are unconstitutional and lacking due process..."

- PEOPLE – are supreme, not the state. (Waring v. the Mayor of Savanah); The state cannot diminish rights of the people. Hertado v. California, 110 U.S. 516.

- The right to be let alone is the most comprehensive of rights and the right most valued by civilized men. To protest that right, every unjustifiable intrusion by the government upon the privacy of the individual whatever the means employed, must be deemed a violation of the Fourth Amendment. "[Olmstead v. U.S..277 U.S. 438, 478 (1928)].

- USC 18 § 241 – CONSPIRACY AGAINST RIGHTS: If two or more persons conspire to injure, threaten, or intimidate any person in any state in the free exercise or enjoyment of any rights they shall be fined under this title or imprisoned not more than ten years or both.

- USC 18 § 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW: whoever, under color of any law, statue, ordinance) regulation, or custom, willfully subjects any person in any STATE to be deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both.

- USC 18 § 2076 – CLERK IS TO FILE: whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

- USC 42 § 1983 – CIVIL ACTION FOR DEPRIVATION OF RIGHTS: Every person who, under color of any statue, ordinance, regulation, custom, or usage, of any state subjects, or causes to be subjected, any person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law.

- USC 42 § 1985 – CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: If two or more persons in any state or territory conspire for the purpose of depriving, either directly or indirectly, any person's rights, the party so injured or deprived, may have an action for the recovery of damages against any one or more of the conspirators.

- "Where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them." [Miranda v. Arizona, 384 U.S..436,491]

- Consent To INDICT – The Fifth Amendment States: "No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment of indictment of a Grand Jury..."

- Under U.S. code 42 and 18, when you are detained, without your consent, for violating a statue, you have just been kidnapped and if the judge sets a bail, he just set a ransom and when the prosecutor confirms the charges, he becomes part of the conspiracy and can put the conspirators in jail and sue them for damages.

*ATTACHMENTS – 8 pages*

United States of America



TO:        District Clerk/Criminal District Attorney

RE:        STATE of TEXAS v. Eric V. Mitchel, District Court #2,
           CASE No. 1387867-1


### *LETTER OF INQUIRY*


Dear District Clerk/Criminal District Attorney Sharen Wilson:

Please provide the following information pursuant to Eric V. Mitchel's, hereafter Aggrieved Party, right to redress of grievance as stipulated in the Constitution for the United States of America. This request is further made pursuant to Title 42 U.S.A. §1986, §1985, §1983, and Title 18 U.S.C. §1621 as it applies to Oath of Office of each Officer of Oath/Affirmation who comes to know of this request.

Please provide certified copies of the instrument (s) upon which you rely in State of Texas prosecution of Aggrieved Party.

Please provide certified copies of the instrument(s) upon which you rely in your presumption that Aggrieved Party ever waived his unalienable rights, and agreed with full disclosure and knowledge that Aggrieved Party ever agreed to be treated as a colorable person under military rule of District of Columbia(s) corporate franchise "STATE OF TEXAS."

You are hereby granted 10 days from August 21, 2017, plus three days for mailing to provide the document(s) identified above.

NOTICE: Any response to this inquiry must be sent to Aggrieved Party as follows:

> Eric Mitchel
> c/o Erma Mitchel
> 2123 Windcastle Drive
> Mansfield, Texas 76063
> NON-DOMESTIC

"Silence can only be equated with Fraud where there is a legal and moral duty to speak where an inquiry left unanswered would be intentionally misleading." U.S. v Tweel, 550 F. 2d.297-300 (1977).

Your failure to provide the documentation requested herein above shall be prima facie evidence by tacit agreement that no such authority or documentation exists, and that the Criminal District Court of Tarrant County, Court No. 2, Case #1387867-1 is a "Fraud," void ab initio. That the ongoing imprisonment of Aggrieved Party, Eric V. Mitchel is without authority of law, and any and all damages caused Aggrieved Party, Eric V. Mitchel, by the "STATE OF TEXAS" corporation's fraudulent seizure and imprisonment of Aggrieved Party are due and pay immediately.

1

Executed this 18th day of August, 2017.

Sincerely,

Eric V. Mitchel,
Aggrieved Party

August 18, 2017

Please find enclosed self stamped address envelope and second letter to be return with stamp of receipt.

Thanking you in advance.



# CRIMINAL DISTRICT ATTORNEY'S OFFICE

**DATE:** August 25, 2017

**TO:** Eric Mitchel
c/o Erma Mitchel
2123 Windcastle Drive
Mansfield, TX 76063
<u>VIA REGULAR MAIL</u>

**FROM:** Mark Kratovil, Assistant Criminal District Attorney
Criminal District Attorney's Office - Civil Division
(817) 884-1233; (817) 884-1675 – Facsimile

**RE:** Your Public Information Request

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This memo is written to inform you that we are in receipt of your public information request directed to the Tarrant County Criminal District Attorney's Office. In response to your request, please be advised that the TEXAS PUBLIC INFORMATION ACT does not require a governmental body [i.e. Tarrant County Criminal District Attorney's Office] to comply with a request for information from:

- an individual who is imprisoned or confined in a correctional facility; or,
- an agent of that individual, other than the individual's attorney – when the attorney is seeking information that is subject to disclosure under Chapter 552 of the TEXAS GOVERNMENT CODE.

*See* TEX. GOV'T CODE §552.028(a) (Vernon 2016) of the ACT.

MCK/sva



**SHAREN WILSON**

Criminal District Attorney
Tarrant County

401 West Belknap
Fort Worth, Texas 76196

XX PRST FCM 8/29/17 5750 XX
IN TEXAS
DALLAS 750
05 SEP '17
PM 5 L

U.S. POSTAGE PITNEY BOWES

ZIP 76196 $ 000.46
02 1W
0001399895 AUG 28 2017

Eric Mitchel
c/o Erma Mitchel
2123 Windcastle Drive
Mansfield, TX 76063

39  CMM-IAB  76063



# CRIMINAL DISTRICT ATTORNEY'S OFFICE

**DATE:** August 28, 2017

**TO:** Eric Mitchel
c/o Erma Mitchel
2123 Windcastle Drive
Mansfield, TX 76063
**VIA REGULAR MAIL**

**FROM:** Mark Kratovil, Assistant Criminal District Attorney
Criminal District Attorney's Office - Civil Division
(817) 884-1233; (817) 884-1675 – Facsimile

**RE:** Your Public Information Request

*******************************************************************************************************

This memo is written to inform you that we are in receipt of your public information request directed to the Tarrant County District Clerk's Office. In response to your request, please be advised that the TEXAS PUBLIC INFORMATION ACT does not require a governmental body [i.e. Tarrant County Criminal District Attorney's Office] to comply with a request for information from:

- an individual who is imprisoned or confined in a correctional facility; or,
- an agent of that individual, other than the individual's attorney – when the attorney is seeking information that is subject to disclosure under Chapter 552 of the TEXAS GOVERNMENT CODE.

See TEX. GOV'T CODE §552.028(a) (Vernon 2010) of the ACT.

MCK/sva



**SHAREN WILSON**

Criminal District Attorney
Tarrant County

401 West Belknap
Fort Worth, Texas 76196

XX PRST FCM 8/29/17 TEXAS

05 SEP '17
PM 3 L

Presort
First Class Mail
Commercial

U.S. POSTAGE PITNEY BOWES

ZIP 76196 $ 000.40
02 1W
0001369895 AUG 28 2017

Eric Mitchel
c/o Erma Mitchel
2123 Windcastle Drive
Mansfield, TX 76063

39   CHM-AAB   76063

DATE:        October 2, 2017

TO:          Mark Kratovil, Assistant Criminal District Attorney
                 Criminal District Attorney's Office - Civil Division

FROM:      ERIC V. MITCHEL
                 c/o Erma Mitchel
                 2123 Windcastle Drive
                 Mansfield, TX 76063
                    NON-DOMESTIC

RE:          My Public Information Request
                 STATE of TEXAS v ERIC V. MITCHEL, District Court #2
                 CASE No. 1381867-1

I received the correspondence dated August 28, 2017, which is in response to my Letter of Inquiry dated August 18, 2017. Your letter (response) quotes Vernon's Texas Code Annotated §552.028 (a) (1) and (2). Upon further examination into §552.028 section (b), it states:

> "This section does not prohibit a governmental body from disclosing to
> an individual described by Subsection (a) (1), or that individual's
> agent, information held by the government body pertaining to that
> individual."

Therefore, by the wording of Subsection (b) it clearly states that the governmental body can release information, including public information, to the individual listed in (a) (1) being an inmate incarcerated as long as it pertains to that individual. All the information requested in the "Letter of Inquiry" pertains to ERIC V. MITCHEL (the accused). So, I request that this information be taken into consideration, and the "Letter of Inquiry" be carried out and any and all information requested in the "Letter of Inquiry" be provided.

Again, thanking you in advance,


eric v. mitchel
UCC 1-308 Without Prejudice

TO:         **Tim Curry Criminal Justice Center**
**Tarrant County District Clerk's Office**
**401 West Belknap Street**
**Fort Worth, Texas 76196**

FROM:     **Eric V. Mitchel**
**2123 Windcastle Drive**
**Mansfield, Texas 76063**

RE:         **Cause No. 1387867-1**

DATE:     **December 17, 2017**

Dear Clerk:

Enclosed please find Petitioner's WRIT OF MANDAMUS and second copies of Inquest Order (attachments-12) and cover letter. Please file this with the 2nd District Court Judge and bring this to his/her attention.

Please file this in your usual manner, and allow me to know of any ruling upon this inquest at my address listed above.

Thank you for your assistance in this manner.

Sincerely,

*Eric V. Mitchel-UCC-1-308 Without Prejudice*
Eric V. Mitchel
UCC-1-308 Without Prejudice

ATTACHMENTS:
MANDAMUS - 4

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 20 2017

Deana Williamson, Clerk

# Cause No. 1387867-1

| | | |
|---|---|---|
| IN Re | § | IN THE TEXAS COURT |
| | § | |
| | § | OF |
| | § | |
| ERIC V. MITCHEL | § | CRIMINAL APPEALS |

## MOTION FOR LEAVE TO FILE AN APPLICATION

## WRIT OF MANDAMUS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Eric V. Mitchel, relator in the above numbered cause. Pursuant to this court's original jurisdiction, Relator prose submits this Motion For Leave To File an Application Writ of Mandamus, and in support of this motion relator will show the court the following:

### I

Generally, Mandamus Relief is available if the trial court violates a duty imposed by law or clearly abuses its discretion, either in resolving factual issues or in determining legal issues, when there is no adequate remedy at law. Citing In re Moreno, 4 S.W.3d 278 (Tex. App. Houston [14th Dist.] 1999).

At trial Court abuses its discretion, and Mandamus may thus issue, when it does not follow guiding rules and principles and reaches an arbitrary and unreasonable decision. In re Nestle USA-Beverage Div., Inc., 82 S.W.3d 767 (Tex. App. – Corpus Christi 2002).

A trial Court abuses its discretion, and Mandamus may thus issue, in the following ways: (1) when it attempts to exercise a power that it does not legally possess. (2) if it declines to exercise a power of discretion vested in it by law when the circumstances require that the power be exercised. (3) if it purports to exercise its discretion without sufficient information upon which a rational decision may be made, and (4) If it exercises its power of discretion by making an erroneous choice as a matter of law in the following way (i) by making a choice that is not within the range of choices permitted by law, (ii) by arriving at its choice in violation of an applicable legal rule, principle, or criterion, or (iii) by making a choice that is legally unreasonable in the factual-legal context in which it is made. In re Nestle USA – Beverage Div., Inc, 82 S. W.3d 767 (Tex. App. – Corpus Christi 2002); In re Guerra, 235 S.W.3d 392 (Tex. App. – Corpus Christi 2007).

Mandamus issues only to correct a clear abuse of discretion or a violation of a duty imposed by law when there is no other adequate remedy: In re Guerra, 235 S. W.3d 392 (Tex. App. – Corpus Christi 2007).

1

## II

On August 18, 2017, Relator sent a letter of Inquiry to the District Attorney's office for Tarrant County Texas, Requesting Certified copies of any contract upon which the state rely in the presumption that the Relator ever waived his unalienable Rights and agreed with Full Disclosure and knowledge that Relator ever agreed to be treated as a colorable person under military rule. Certified copies of the instrument (s) upon which the state rely in State Of Texas prosecution of Relator.

See (EXHIBIT –A, Letter of Inquiry attached).

## III

On August 25, 2017, The District Attorney responded in a short memo which did not satisfy Relator's request. See (EXHIBIT – B, Respondent's Rely attached).

## IV

Relator states that on November 13, 2017, that he sent a packet with all information that was possessed through this Letter of Inquiry to the Court to consider and bring forward said information listed in the Letter of Inquiry. See (EXHIBIT – C, copies of all information sent to court, the 2nd District Court of Tarrant County Texas).

## V

Relator contends that since the trial court took no action and basically ignored the Letter of Inquiry and took no actions on the production of the documents that is being requested, that Relator has no other adequate Remedy at law, and the Request is indisputable.

## VI

To obtain Mandamus Relief with respect to judicial conduct, a Relator must show (1) a clear right to relief usually when a judicial conduct in question violates a ministerial duty, and (2) no adequate remedy at law to redress the alleged harm, State Ex Rel. Rodriguez v. Marquez, 4 S.W.3d 227 (Tex. Crim. App. 1999).

To be eligible for Mandamus Relief to compel the performance of a ministerial act, the Relator must have a clear and indisputable legal right to the relief sought, such that its merits are beyond dispute, and thus, the law must clearly spell out the duty to be performed with such certainty that that nothing is left to the exercise of discretion of judgment. Relator has a clear right to the Relief sought. Hill v. Court of Appeals for Fifth Dist., 34 S.W.3d 924 (Tex. Crim. App. 2001).

## VII

WHEREFORE PREMISES CONSIDERED, Relator prays that this Texas Court of Criminal Appeals grant this Writ of Mandamus and grant him the relief that is requested and any other relief that the Court deems necessary and just.

2

**Respectfully Submitted,**

Eric V. Mitchel – Relator
UCC 1-308 Without Prejudice

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing Motion for Leave to File An Application, Writ of Mandamus has been forwarded by United States Mail, postage prepaid to: Tim Curry Criminal Justice Center, The 2nd District Court Judge, 401 West Belknap Street, Fort Worth, Texas 76196 [Tarrant County], Criminal District Attorney, Tarrant County 401 West Belknap, Fort Worth, Texas 76196 [Tarrant County] and Texas Court of Criminal Appeals, P. O. Box 12308, Austin, Texas 78711-2308